IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:16-CV-2920-MHC |

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this action, pursuant to Canon 3(C) of the Code of Conduct for United States Judges. *See also* 28 U.S.C. § 455.

The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**IT IS SO ORDERED** this 12th day of August, 2016.

_____
MARK H. COHEN
United States District Judge