**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GENEVA HENDERSON, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:16-cv-02920-CAP |
| EMORY UNIVERSITY, *et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Emory University, Emory Healthcare, Inc., Emory Pension Board, Emory Investment Management, Mary L. Cahill, Mary Beth Allen, Dallis Howard-Crow, Dr. Douglas Morris, Brooke Moore, James T. Hatcher, Peter Barnes, Carol Dillon Kissal, and Edith Murphree (collectively, "Defendants") hereby move to dismiss Plaintiffs' Amended Complaint (Dkt. 30) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  In support of their Motion, Defendants rely upon the accompanying Memorandum of Support of Defendants' Motion to Dismiss the Amended Complaint and accompanying exhibits.

1

WHEREFORE, for the reasons set forth in the Memorandum, Defendants respectfully requests that the Court grant their Motion and dismiss the Amended Complaint in its entirety and with prejudice.

Respectfully submitted this 16th day of December, 2016.

MORGAN, LEWIS & BOCKIUS LLP

/s/ Sean K. McMahan
Sean K. McMahan (Georgia Bar No. 140861)
Matthew J. Sharbaugh (pro hac vice)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Fax: (202) 739-3001
sean.mcmahan@morganlewis.com
matthew.sharbaugh@morganlewis.com

Jeremy P. Blumenfeld (pro hac vice)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Deborah S. Davidson (pro hac vice)
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
deborah.davidson@morganlewis.com

Jonathan R. Poole (Georgia Bar No. 142311)
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium, Suite 2200
1170 Peachtree Street, N.E.

2

Atlanta, GA 30309
Telephone: (678) 647-2207
Fax: (678) 347-2210
jrp@sbllaw.net

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>

Pursuant to N.D. Ga. Local Rule 5.1, the foregoing is prepared in Times New Roman, 14 point, and was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 16th day of December, 2016.

/s/ Sean K. McMahan
Sean K. McMahan

DB1/ 90105504.1

1