IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON, et al., *Plaintiffs*, v. EMORY UNIVERSITY, et al., *Defendants*. | Civil Action No. 16-2920-CAP |

ORDER ENTERING
CASE MANAGEMENT SCHEDULE

Having reviewed the Parties' Joint Proposed Case Management Schedule, the Court hereby enters the following deadlines in this matter:

- Rebuttal reports by the plaintiffs' previously disclosed experts shall be due by Friday, July 19, 2019.

- Any motions to compel regarding the parties' experts shall be due by Friday, September 13, 2019.

- Expert discovery shall close on Friday, September 13, 2019.

- Any *Daubert* motions shall be due by Friday, October 25, 2019.

- Any motions for summary judgment shall be due by Friday, October 25, 2019.

1

- Any responses to a motion for summary judgment shall be due within forty-two (42) days of the motion for summary judgment, and any replies in support of summary judgment shall be due within forty-two (42) days of the opposing parties' response.

**SO ORDERED** this 10th day of June, 2019.

        /s/CHARLES A. PANNELL, JR.
        CHARLES A. PANNELL, JR.
        United States District Judge