# PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF WENDY DOMINGUEZ AND DR. GERALD BUETOW (DOC 183-1)

# FILED PROVISIONALLY UNDER SEAL