UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON, *et al.,* | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:16-CV-2920-CAP |
| EMORY UNIVERSITY, *et al.,* | |
| Defendants. | |

**O R D E R**

On January 29, 2020, this court issued an order on the plaintiffs' motion to de-designate documents underlying the reports of their experts Wendy Dominguez and Gerald Buetow [Doc. No. 198]. Pursuant to that order, the parties have filed a joint notice indicating that they have met and conferred regarding the confidentiality of these documents [Doc. No. 200]. The parties indicate that they have "reached a resolution as to the confidentiality status of all of the 428 documents which were the subject of Plaintiffs' Motion to De-Designate Documents Underlying Dominguez's and Buetow's Expert Reports" [*Id*. at 1]. Accordingly, the court DEEMS that motion to be MOOT [Doc. No. 194]. The parties also agree that one of the documents previously filed under seal in this case has been de-designated so it may now be unsealed. The clerk is thus DIRECTED to unseal Doc. No. 189-4 (EMORY00020445).

Due to the dispute between the parties regarding the confidentiality of documents, the court stayed the deadlines for briefing on the defendants' pending motions to de-designate the report and transcript of the plaintiffs' expert Wendy Dominguez and to exclude the testimony of Dominguez and the plaintiffs' other expert Gerald Buetow.  The court also stayed the deadline for filing Daubert motions and motions for summary judgment.  Now that the issue regarding confidentiality has been resolved, the court sets forth the following deadlines.  The court notes that the defendants have filed their reply brief to their motion for the confidentiality de-designation of the Dominguez report and transcript [Doc. No. 201], so this matter is now fully briefed.  The plaintiffs' response to the defendants' motion to exclude the proposed expert testimony of Dominguez and Buetow [Doc. No. 182] SHALL BE DUE NO LATER THAN March 10, 2020.  Daubert motions and motions for summary judgment SHALL BE DUE by March 26, 2020.

**SO ORDERED** this 25th day of February, 2020.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge