IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON *et al.*,<br><br>                Plaintiffs,<br>v.<br><br>EMORY UNIVERSITY *et al.*,<br><br>                Defendants. | Civil Action No. 1:16-cv-02920-CAP |

**PLAINTIFFS' MOTION TO EXCLUDE
<u>CONRAD CICCOTELLO</u>**

Plaintiffs hereby move to exclude and strike the opinions and proposed testimony of Defendants' putative expert witness, Conrad Ciccotello, pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and other governing precedent, for the reasons set forth in the accompanying memorandum.

1

Dated: February 27, 2020              Respectfully submitted,

/s/ Andrew D. Schlichter
SCHLICHTER BOGARD & DENTON, LLP
Jerome J. Schlichter*
Heather Lea*
Troy A. Doles*
Andrew D. Schlichter*
Kurt C. Struckhoff*
Sean E. Soyars*
Alexander L. Braitberg*
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: 314- 621-6115
Fax: 314-621-5934
jschlichter@uselaws.com
hlea@uselaws.com
tdoles@uselaws.com
aschlichter@uselaws.com
kstruckhoff@uselaws.com
ssoyars@uselaws.com
abraitberg@uselaws.com
*(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

Bradley S. Wolff, GA No. 773388
SWIFT, CURRIE, MCGHEE, & HIERS, LLP
1355 Peachtree St., N.E., Ste. 300
Atlanta, GA 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199

*Local Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Under the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1.C. The foregoing was prepared on computer using Times New Roman font (14 point).

/s/ Andrew D. Schlichter
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

/s/ Andrew D. Schlichter
Attorney for Plaintiffs