IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EMORY UNIVERSITY *et al.*,<br><br>Defendants. | Civil Action No. 1:16-cv-02920-CAP |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiffs provisionally file under seal the below-listed documents in accordance with the Court's Protective Order in this case (Doc. No. 98), and pursuant to the Local Rules for the Northern District of Georgia, App. H, at A20: (1) Plaintiffs' unredacted Memorandum in Support of Motion to Exclude Testimony of Conrad Ciccotello; (2) the expert report of Conrad Ciccotello; and (3) the unredacted transcript of the deposition of Conrad Ciccotello. Plaintiffs also respectfully request that the Court unseal these materials.

In support of this Motion, Plaintiffs state that they are filing Ciccotello's report and redacted deposition transcript under seal because these documents were designated as confidential by Defendants. Plaintiffs further state that they are filing their unredacted supporting memorandum under seal because it contains quotations from Ciccotello's report.

1

With respect to Ciccotello's report, Plaintiffs served objections to Defendants' designation of that report as confidential on September 19, 2019. While Defendants on October 9, 2019 indicated that they were "continuing to evaluate" Plaintiffs objections, under the Protective Order it is "the obligation of the party designating the information as CONFIDENTIAL to file an appropriate motion with ten (10) business days after the conclusion of [the] meet-and-confer process." Doc. 98.  Because Defendants failed to file the motion required by this Court's Protective Order, Defendants' confidentiality designations are now waived and Ciccotello's report need not be sealed.

WHEREFORE, Plaintiffs respectfully request that the Court unseal the provisionally sealed documents listed above.

Dated: February 27, 2020	/s/  Andrew D. Schlichter
SCHLICHTER BOGARD & DENTON, LLP
Jerome J. Schlichter*
Heather Lea*
Troy A. Doles*
Andrew D. Schlichter*
Kurt C. Struckhoff*
Sean E. Soyars*
Alexander L. Braitberg*
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: 314- 621-6115
Fax: 314-621-5934
jschlichter@uselaws.com
hlea@uselaws.com
tdoles@uselaws.com
aschlichter@uselaws.com
kstruckhoff@uselaws.com
ssoyars@uselaws.com
abraitberg@uselaws.com
*(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

Bradley S. Wolff, GA No. 773388
SWIFT, CURRIE, MCGHEE, & HIERS, LLP
1355 Peachtree St., N.E., Ste. 300
Atlanta, GA 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199

*Local Counsel for Plaintiffs*

3

## CERTIFICATE OF COMPLIANCE

    Under the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1.C. The foregoing was prepared on computer using Times New Roman font (14 point).

                                      /s/   Andrew D. Schlichter
                                      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                      /s/  Andrew D. Schlichter
                                      Attorney for Plaintiffs