UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:16-CV-2920-CAP |
| EMORY UNIVERSITY, *et al.*, | |
| Defendants. | |

**O R D E R**

This matter is before the court on the parties' joint status report, in which they state that they "have reached an agreement in principle to resolve this matter." [Doc. No. 214 at 1]. They request additional time to finalize the terms of the settlement and to prepare the documents necessary to support a forthcoming motion for preliminary approval of the settlement. That request is hereby GRANTED. The motion for preliminary approval of the settlement shall be due on or before May 29, 2020.

**SO ORDERED** this 16th day of April, 2020.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge