UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:16-CV-2920-CAP |

# **O R D E R**

On June 11, 2020, this court granted the parties' joint motion for preliminary approval of a class settlement. [Doc. No. 220]. Currently pending on the docket are the defendants' motion to exclude testimony from the plaintiffs' experts Wendy Dominguez and Gerald Buetow [Doc. No. 182] and the plaintiffs' motion to exclude the defendants' expert Jennifer Marietta-Westberg [Doc. No. 199]. The settlement having been preliminarily approved, these two motions are DEEMED MOOT. The clerk is DIRECTED to terminate the pending status of the motions.

**SO ORDERED** this 25th day of June, 2020.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge