IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY et al., <br><br> Defendants. | Civil Action No. 1:16-cv-02920-CAP |

## ORDER

The Court hereby GRANTS the Parties' Joint Motion for Approval to Send Additional Class Notices and Briefly Continue the Final Approval Hearing.

The Court hereby ORDERS that the Settlement Administrator[1] issue notice to Class Members to whom the Settlement Administrator has not yet issued individualized notice of settlement, substantially in the form previously approved by the Court, and as described in the Parties' Joint Motion (hereinafter "Additional Class Members").  *See* Docs. 218-1; 220.

The Court hereby ORDERS the following deadlines extended, only for Additional Class Members: (1) the deadline to submit any Former Participant Claim Form; and (2) the deadline to submit any objection to the settlement.

---

[1] Capitalized terms not otherwise defined have the meanings ascribed to them in the Settlement Agreement.  Doc. 218-1.

1

Any Additional Class Member who wishes to object to the fairness, reasonableness, or adequacy of the Settlement, to the Plan of Allocation, to any term of the Settlement Agreement, to the proposed award of attorneys' fees and costs, or to any request for Class Representatives' Compensation, must file an objection in the manner set forth in the Court's preliminary approval Order.  Doc. 220.  The objector or his, her, or its counsel (if any) must serve copies of the objection(s) on the attorneys listed therein and file it with the Court by no later than October 3, 2020.

All valid Former Participant Claim Forms from Additional Class Members must be received by the Settlement Administrator with a postmark date no later than October 23, 2020, or electronically submitted online at www.Emory403bSettlement.com no later than October 23, 2020.

The Court finds that the method of issuing notices to the affected Additional Class Members is reasonable.

A Fairness Hearing to determine, among other issues, those issues set forth in the Court's June 11, 2020 Preliminary Approval Order, Doc. 220, ¶2, is scheduled at the United States District Court for the Northern District of Georgia, the Honorable District Court Judge Pannell, Jr. presiding, at 10:30 am on November 4, 2020, in Courtroom 2307.

**SO ORDERED** this 3rd day of September, 2020.

/s/CHARLES A. PANNELL, JR.<br>
CHARLES A. PANNELL, JR.<br>
United States District Judge