IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEVA HENDERSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY et al., <br><br> Defendants. | Civil Action No. 1:16-cv-02920-CAP |

## **ORDER**

The Court hereby GRANTS the Parties' Joint Motion to Issue Additional Supplemental Class Notices.

The Court hereby ORDERS that the Settlement Administrator[1] may issue notices to Class Members to whom the Settlement Administrator has not yet issued individualized notice of settlement, substantially in the form previously approved by the Court, and as described in the Parties' Joint Motion (hereinafter "TDA Class Members").  *See* Docs. 218-1; 220.

The Court hereby ORDERS the following deadlines extended, only for TDA Class Members: (1) the deadline to submit any Former Participant Claim Form; and (2) the deadline to submit any objection to the settlement.

---

[1] Capitalized terms not otherwise defined have the meanings ascribed to them in the Settlement Agreement.  Doc. 218-1.

1

Any TDA Class Member who wishes to object to the fairness, reasonableness, or adequacy of the Settlement, to the Plan of Allocation, to any term of the Settlement Agreement, to the proposed award of attorneys' fees and costs, or to any request for Class Representatives' Compensation, must file an objection in the manner set forth in the Court's preliminary approval Order. Doc. 220. The objector or his, her, or its counsel (if any) must serve copies of the objection(s) on the attorneys listed therein and file it with the Court by no later than October 12, 2020.

All valid Former Participant Claim Forms from Additional Class Members must be received by the Settlement Administrator with a postmark date no later than October 23, 2020, or electronically submitted online at www.Emory403bSettlement.com no later than October 23, 2020.

The Court finds that the method of issuing notices to the affected TDA Class Members is reasonable.

**SO ORDERED** this 22nd day of September, 2020.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge